In the Matter of the Accounting of ROBERT E. BERGMAN, as Guardian of GEORGE R. BUNTING, an Infant.

In the Matter of the Accounting of ROBERT E. BERGMAN, as Executor of KATHERINE L. BUNTING, Deceased.

In the Matter of the Accounting of ROBERT E. BERGMAN, as Trustee under the Will of HARRY F. L. BUNTING, Deceased.

EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, et al., Appellants; GEORGE R. BUNTING, Respondent.

Argued April 7, 1941; decided April 17, 1941.

*Walter A. Donnelly* for motion.

*Hartwell Cabell* and *William Richards* opposed.

Motion denied with leave to renew on the argument.